1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6

7  **IN THE UNITED STATES DISTRICT COURT FOR THE
   EASTERN DISTRICT OF CALIFORNIA**
8

9  HARDIP SINGH, et al.,                )    No. 08-s-cv-2734
                                         )
10         Plaintiffs,                   )    JOINT STIPULATION AND [PROPOSED]
                                         )    ORDER RE: EXTENSION OF TIME
11     v.                                )
                                         )
12 Michael Chertoff, Secretary of Homeland )
   Security, et al.                      )
13                                       )
                                         )
14         Defendants.                   )

15

16     This is an immigration case in which plaintiffs have challenged the delay in adjudication of

17 their applications to adjust status to that of lawful permanent resident by United States

18 Citizenship and Immigration Services. The parties respectfully advise that as of the time of this

19 filing, they are endeavoring to reach a resolution to the matter at the administrative level.

20 Accordingly, the parties stipulate to an extension of time for the filing of the government's
   answer, until March 26, 2009.
21

22

23 Dated: January 12, 2009
                                              McGREGOR W. SCOTT
24                                            United States Attorney

25

26                           By:     /s/Audrey Hemesath
                                     Audrey B. Hemesath
27                                   Assistant U.S. Attorney
                                     Attorneys for the Defendants
28

-1-

By:    /s/ Robert B. Jobe
        Robert B. Jobe
        Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on March 26, 2009, and all other filing deadlines are similarly extended. The status conference, currently scheduled for March 2, 2009, is rescheduled for April 27, 2009, at 9:00 a.m. A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: January 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge